UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER BRIAN PETERS,

    Petitioner,

v.          Case No. 8:13-cv-2583-T-36JSS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

THIS MATTER is before the Court on Petitioner's Notice of Inquiry. (Dkt. 19.)

Petitioner's petition for writ of habeas corpus (Dkt. 1) is pending and under consideration.

**DONE** and **ORDERED** in Tampa, Florida, on October 3, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

SA:sfc

Copies furnished to:
Pro Se Petitioner
Counsel of Record